UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 22 2005



NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-307 (RWR) |
| ) | |
| MARY McCLENDON, ) | |
| ) | UNDER SEAL |
| Defendant. ) | |

ORDER

It is hereby

ORDERED that the parties file a joint written status report by November 21, 2005 indicating whether the case is ready to proceed to sentencing. If it is, the report shall suggest three alternative sentencing dates on or after January 30, 2006 upon which counsel have agreed, and shall request that a pre-sentence report be prepared. All sentencing memoranda will be due 5 business days before the sentencing date. If the case is not ready for sentencing, the report shall recommend a date for submission of a new joint status report. The parties shall submit a proposed order with the joint status report.

SIGNED this 19th day of August, 2005.

_____
RICHARD W. ROBERTS
United States District Judge

