UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

AUG 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-307 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 |
|   : | (Conspiracy to Distribute and Possess With |
| MARY McCLENDON, : | Intent to Distribute Cocaine Base) |
| also known as "Nooney," : | |
| Defendant. : | UNDER SEAL |

### PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1. From in or about sometime in 1999 and continuing up to and through March 2005, within the District of Columbia, the defendant, MARY McCLENDON, also known as Nooney, knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute a mixture and substance containing more than fifty (50) grams of cocaine base, commonly known as crack cocaine.

2. The principal object of the conspiracy was to make money and illicit profits for its leaders, members and associates from the distribution and the possession with the intent to distribute cocaine base, commonly known as crack cocaine. McCLENDON used a large percentage of her own profits to obtain crack cocaine for personal use, or she would be paid a small quantity of crack cocaine for brokering drug transactions for other members of the conspiracy.

3. During the course of the conspiracy, and to effect its object, McCLENDON did commit, among others, the following overt acts: Beginning in 1999, McCLENDON regularly purchased wholesale quantities of crack cocaine in and about the 3400 block of 13th Place,



Southeast., Washington, D.C. Working primarily out of two apartments, one located at 3408 13th Place, Apartment #204, and another located at 3406 13th Place, Apartment #101, McCLENDON then redistributed the crack cocaine she had obtained. McCLENDON would most often broker drug transactions between members of the conspiracy obtaining larger quantities of cocaine and cocaine base, and customers of the conspiracy. Through her participation in the conspiracy McCLENDON assisted in the distribution of at least 500 grams of cocaine base, also known as crack cocaine, to customers in the District of Columbia.

4. McCLENDON regularly purchased wholesale quantities (usually in amounts ranging between ten and twenty zip locks of crack cocaine at an approximate cost of $100) from GREGORY BELL. a/k/a Boy Boy. McCLENDON arranged for customers of the conspiracy to purchase these wholesale quantities of crack cocaine from GREGORY BELL on hundreds of occasions. McCLENDON also purchased wholesale quantities of crack cocaine, or arranged for customers of the conspiracy to purchase such quantities, from an individual known to McCLENDON as "Mick," from an individual known to McCLENDON as "Burke," from an individual known to McCLENDON as "Chow Wow," from an individual known to McCLENDON as "EB," from an individual known to McCLENDON as "Wop," from an individual known to McCLENDON as "JT," and from an individual known to McCLENDON as "Doo-Doo," all of whose true identities are known to the Government. McCLENDON purchased wholesale quantities from a number of other members of the conspiracy as well.

## Limited Nature of Proffer

5. This proffer of evidence is not intended to constitute a complete statement of all facts known by McCLENDON but is a minimum statement of facts intended to provide the necessary

factual predicate for the guilty plea. McCLENDON has provided additional information about the conspiracy to the United States, which is not contained herein. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged conspiracy to distribute and possess with intent to distribute a mixture and substance containing more than fifty (50) grams of cocaine base, commonly known as crack cocaine.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney
                D.C. Bar No. 451058

                _____
                M. JEFFREY BEATRICE
                Assistant United States Attorney
                Bar Number MA 551821
                555 4th Street, N.W., Room 4106
                Washington, DC 20530
                (202) 353-8831

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have discussed this proffer fully with my attorney, Joseph Virgilio, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 8-19-05                              _Mary McClendon_
                                           MARY McCLENDON
                                           Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have reviewed the entire proffer with my client and have discussed it with her fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 8.19.05                              _[signature]_
                                           JOSEPH VIRGILIO, Esquire
                                           Counsel for MARY McCLENDON