# United States District Court
## FOR THE DISTRICT OF COLUMBIA

**SEALED**

**FILED**
AUG 1 9 2005
NANCY MAYER WHITTINGTON, CL
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | WAIVER OF INDICTMENT |
| *v* | * | Criminal № 05-307 (RWR) |
| MARY M McCLENDON | * | |

I, MARY M MCCLENDON, the above-named defendant, who is accused of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, in violation of Title 21 United States Code, Section 846; and knowingly and willfully combining, conspiring, confederating and agreeing together with other persons both known and unknown to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of 21 USC §§ 841(a)(1) and 841(b)(1)(A)(iii), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court, on August 19, 2005, prosecution by indictment and consent that the proceeding may be by *Information* rather than indictment.

MARY M MCCLENDON
Defendant

Joseph Virgilio
1000 Connecticut Avenue NW
№ 1
Suite 613
Washington DC   20036
202.686.6914
COUNSEL FOR DEFENDANT
(Appointed by the Court)

Before _____

RICHARD W ROBERTS
United States District Judge