UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA




| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v | * | Criminal N<u>o</u> 05-307 (RWR) |
| MARY M McCLENDON | * | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives her right to trial by jury.

_____
**MARY M MCCLENDON**
Defendant

_____
Joseph Virgilio
1000 Connecticut Avenue  NW
N<u>o</u> 1
Suite 613
Washington  DC   20036-5313
202.686.6914
COUNSEL FOR  DEFENDANT
(Appointed by the Court)

I consent
_____
M Jeffrey Beatrice
Assistant United States Attorney

Approved:
_____
Richard W Roberts
United States District Court