UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Action No. 05-307 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **MARY McCLENDON,** | : | **UNDER SEAL** |
|   also known as Nooney, | : | |
| | : | |
| Defendant. | : | |

**JOINT WRITTEN STATUS REPORT**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Joseph Virgilio, Esquire, attorney for defendant Mary McClendon, inform the Court that the defendant in the above captioned matter is not ready for sentencing. The defendant pled guilty on August 19, 2005 to drug conspiracy pursuant to a cooperation agreement with the government, and she cooperated in an investigation of violations of the federal narcotics laws and the RICO statutes. A Federal Grand Jury returned a Superseding Indictment regarding that investigation, which included RICO counts, on November 29, 2005 in the case of United States v. Antwuan Ball, et al., Crim. No. 05-100. The defendant will not complete her obligation under the plea agreement until she testifies at any trial related to that Indictment. Defendant was released on August 19, 2005, and placed into the Community Supervision Phase of the High Intensity Supervision Program under the auspices of the District of Columbia Pretrial Services Agency; defendant is in full compliance with her conditions of release. Therefore, the parties respectfully request that a new joint status report be submitted on or before February 21, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


_____
M. JEFFREY BEATRICE
Assistant United States Attorney
Bar No. MA 551821
555 4th Street, N.W., Room 4106
Washington, DC 20530
(202) 353-8831


_____
JOSEPH VIRGILIO, ESQUIRE
Attorney for Mary McClendon
D.C. Bar No. 237370
1000 Connecticut Avenue NW
No 1, Suite 613
Washington, DC 20036
(202) 463-0662