UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Action No. 05-307 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **MARY McCLENDON,** | : | **UNDER SEAL** |
| also known as Nooney, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorneys M. Jeffrey Beatrice and Glenn S. Leon. This is a notice that Assistant United States Attorney Ann H. Petalas, a member of the Texas Bar, telephone number (202) 307-0476, is entering appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
DC Bar No. 451058

_____
ANN H. PETALAS
Assistant United States Attorney
Bar No. TX 24012852
555 4th Street, N.W., Room 4211
Washington, D.C. 20530
(202) 307-0476

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appearance has been served, by fax and mail, upon Joseph Virgilio, Esquire, Counsel for Defendant Mary McClendon, 1000 Connecticut Avenue NW, No. 1, Suite 613, Washington, D.C. 20036, on this 21st day of February, 2006.

_____
ANN H. PETALAS
Assistant United States Attorney