UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    Criminal Action No. 05-307 (RWR)

v.

MARY McCLENDON,                              **UNDER SEAL**
  also known as Nooney,

          Defendant.                   :

                                    **ORDER**

Upon consideration of the unopposed motion of the United States of America, and for the

reasons set forth in the joint status report, it is hereby:

                              ORDERED

That counsel shall submit a joint written status report under seal on or before May 22,

2006 indicating whether the case is ready to proceed to sentencing.  If it is, the report shall

suggest three alternative sentencing dates on or after July 31, 2006 upon which counsel have

agreed.  If the case is not ready for sentencing, the report shall recommend a date for submission

of a new joint status report.

SIGNED' this 24th day of February, 2006.

                            _____
                            RICHARD W. ROBERTS
                            United States District Judge

FILED

FEB 27 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT