UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal N° 05-307-RWR |
| v | * | UNDER SEAL |
| MARY McCLENDON | * | |

**FILED**
AUG 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORIGINAL

### DEFENDANT'S UNOPPOSED MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure and 18 USC § 3145(a)(2), respectfully requests that this honorable court review the defendant's conditions of release imposed on August 19, 2005 and amend them to eliminate the requirement that defendant wear an electronic monitoring ankle bracelet and place her on her personal recognizance.

Counsel has spoken with Assistant United States Attorney Glenn Leon and the government does not oppose this motion.

The defendant pled guilty on August 19, 2005 to drug conspiracy pursuant to a cooperation agreement with the government and she cooperated in an investigation of violations of the federal narcotics laws and the RICO statutes. After entering her plea, the court released her into the Community Supervision Phase of the High Intensity Supervision Program under the auspices of the District of Columbia Pretrial Services Agency.

Counsel contacted Defendant's Pretrial Services Agency case manager, Mr Eric Mitchell, who informed counsel that Ms McClendon is in full compliance with the conditions of her release as of July 25, 2006.

The defendant believes that less onerous, yet suitable, conditions of release can be fashioned that do not include the wearing of the electronic monitoring ankle bracelet. Ms McClendon has demonstrated that she is trustworthy and reliable and asks the court to release her under general supervision and on her personal recognizance.

Defendant has been cooperating with the government in the investigation and prosecution of the above-captioned case and is scheduled to testify in this case against her codefendants. Her participation in these matters is ample evidence of her recognition of her civic responsibility and reinforces her contention that she is not a safety risk to the community.

Ms McClendon is a lifelong resident of the District of Columbia who has firmly established roots in this area. In addition to numerous members of her immediate and extended family, she receives both her medical care and her Social Security benefits here, two critical factors supporting her future appearance. Counsel has verified that defendant has substantial ties to the community: Her six daughters and 15 grandchildren all live in the Washington DC metropolitan area. In addition, her mother and numerous cousins are also residents of the DC metropolitan area.

Ms McClendon is 54 years old and suffers from diabetes and arthritis. As a result of her disability, she receives Social Security benefits.

The defendant does not have any pending cases.

**WHEREFORE,** for the foregoing reasons, and any others that may appear to the court, Ms McClendon respectfully requests that the Court grant this motion by releasing her from the electronic monitoring program of the Pretrial Services Agency and placing her on personal recognizance.

Respectfully submitted,

*Joseph Virgilio*

Joseph Virgilio (Bar Nº 237370)
1000 Connecticut Avenue NW
Nº 1
Suite 613
Washington  DC   20036-5313
202.463.0662
virgilio@usa.com
ATTORNEY FOR MARY MCCLENDON
(Appointed by the Court)

## CERTIFICATE OF SERVICE

I **CERTIFY** that I mailed, first-class postage prepaid, a copy of the foregoing *Defendant's Unopposed Motion for Amendment of Conditions of Release* in the case of *United States v Mary McClendon,* Criminal Case Nº 05-100-15 (RWR), to Glenn Leon, Assistant United States Attorney, 555 4th Street NW, Washington DC 20530 on Thursday, August 3, 2006.

*Joseph Virgilio*