UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

SEP 7 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal N° 05-~~100-15~~ 307 (RWR) |
| v | * | UNDER SEAL |
| MARY McCLENDON | * | |

### ORDER

Upon consideration of *Defendant's Unopposed Motion for Amendment of Conditions of Release*, it is this 7th day of September, 2006 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is,

**FURTHER ORDERED** that, the August 19, 2005 Order setting conditions of release be, and hereby is, VACATED. It is further ORDERED that the defendant be, and hereby is, RELEASED on her own recognizance with the following conditions: she must report in person once per week to the Pretrial Services Agency and submit to drug testing; she must reside at 253 53rd Street, NE, Washington DC; she must stay away from Southeast quadrant of Washington DC east of the Anacostia River; she must observe a curfew from 10 p.m. to 6 a.m.; she must report to this Courthouse within 10 days of the entry of this order to sign a new release conditions form.

_____
RICHARD W ROBERTS
United States District Judge

Copies to:

Glenn Leon, Esquire
Assistant United States Attorney
555 4th Street NW
Washington DC 20530

Joseph Virgilio, Esquire
1730 K Street NW
Suite 304
Washington DC 20006
(*Attorney for Mary McClendon*)