UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | | **Criminal Nº 05-307 (RWR)** |
| *v* | * | <u>UNDER SEAL</u> |
| **MARY McCLENDON** | * | |

DEFENDANT'S UNOPPOSED MOTION FOR
MODIFICATION OF CONDITIONS OF RELEASE

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure and 18 USC § 3145(a)(2), respectfully requests that this honorable court review the defendant's conditions of release imposed on October 4, 2006 Order (*nunc pro tunc* to September 7, 2006) and modify them to allow defendant to report to Pretrial Services once a week by phone instead of reporting in person and to vacate her drug-testing requirement.

Counsel has spoken with Assistant United States Attorney Glenn Leon and the government does not oppose this motion.

Defendant is currently required to report weekly in person to the DC Pretrial Services Agency at DC Superior Court, for drug testing by CSOSA, and to Probation Officer Tammy Everitt at the United States District Courthouse.

Due to her poor health, including diabetes, high blood pressure, arthritis, obesity (defendant weighs more than 300 pounds), and the fact that she now walks with a walker, defendant has great difficulty getting to the courthouse and making her way around. Even once she arrives at the Courthouse, she takes up to an hour to navigate her way from the entrance of the courthouse to the Probation Officer's office.

Since her release in this case on August 19, 2005 , Ms McClendon has always been in full compliance with the conditions of her release and has reported diligently for the past 15 months. All her drug tests during the past 15 months of her release have been negative.

**WHEREFORE,** for the foregoing reasons, and any others that may appear to the court, Ms McClendon respectfully requests that the Court grant this motion and modify her current conditions of release by vacating the requirement that she continue to test for drugs and to permit her to report once a week by phone instead of in person.

Respectfully submitted,

*Joseph Virgilio*

Joseph Virgilio (Bar Nº 237370)
1000 Connecticut Avenue  NW
Nº 1
Suite 613
Washington  DC   20036-5313
202.463.0662
virgilio@usa.com
ATTORNEY FOR MARY MCCLENDON
(Appointed by the Court)

**CERTIFICATE OF SERVICE**

I CERTIFY that I mailed, first-class postage prepaid, a copy of the foregoing *Defendant's Unopposed Motion for Modification of Conditions of Release* in the case of *United States v Mary McClendon*, Criminal Case Nº 05-307 (RWR), to Glenn Leon, Assistant United States Attorney, 555 4th Street NW, Washington DC 20530 on Wednesday, November 8, 2006.



*Joseph Virgilio*