**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * |  |
|  |  | **Criminal № 05-307 (RWR)** |
| *v* | * | <u>**UNDER SEAL**</u> |
| **MARY McCLENDON** | * |  |

**O R D E R**

Upon consideration of *Defendant's Unopposed Motion for Modification of Conditions of Release*, it is this _____ day of _____, 2006

    **ORDERED** that defendant's motion shall be, and hereby is, Granted; and it is

    **FURTHER ORDERED** that the Court's *Order* of October 4, 2006, *nunc pro tunc* to September 7, 2006, is modified to permit defendant to report weekly by phone to the DC Pretrial Services Agency; and it is

    **FURTHER ORDERED** that the requirement that defendant submit to drug testing shall be, and hereby is, Vacated.

 

_____
RICHARD W ROBERTS
United States District Judge

Copies to:

| Glenn Leon, Esquire | Joseph Virgilio | DC Pretrial Services Agency |
|---|---|---|
| Assistant United States Attorney | 1000 Connecticut Avenue NW |  |
| 555 4ᵗʰ Street NW | No. 1 |  |
| Washington  DC   20530 | Suite 613 |  |
|  | Washington  DC   20036 |  |