UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | | **Criminal N⁰ 05-307 (RWR)** |
| v | * | <u>UNDER SEAL</u> |
| **MARY McCLENDON** | * | |

**O R D E R**

Upon consideration of *Defendant's Unopposed Motion for Modification of Conditions of Release*, it is this _____ day of _____, 2006

**ORDERED** that defendant's motion shall be, and hereby is, Granted; and it is

**FURTHER ORDERED** that the Court's *Order* of October 4, 2006, *nunc pro tunc* to September 7, 2006, is modified to permit defendant to report weekly by phone to the DC Pretrial Services Agency; and it is

**FURTHER ORDERED** that the requirement that defendant submit to drug testing shall be, and hereby is, Vacated.

------------------------------
RICHARD W ROBERTS
United States District Judge

Copies to:

| | | |
|---|---|---|
| Glenn Leon, Esquire | Joseph Virgilio | DC Pretrial Services Agency |
| Assistant United States Attorney | 1000 Connecticut Avenue NW | |
| 555 4th Street NW | No. 1 | |
| Washington  DC   20530 | Suite 613 | |
| | Washington  DC   20036 | |