UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | | Criminal N° 05-307 (RWR) |
| v | * | UNDER SEAL |
| | | |
| MARY McCLENDON | * | |

ORDER

Upon consideration of *Defendant's Unopposed Motion for Modification of Conditions of Release*, it is this 5th day of January, 2007,

**ORDERED** that defendant's motion shall be, and hereby is, Granted; and it is

**FURTHER ORDERED** that the Court's *Order* of October 4, 2006, *nunc pro tunc* to September 7, 2006, is modified to permit defendant to report weekly by phone to the DC Pretrial Services Agency; and it is

**FURTHER ORDERED** that the requirement that defendant submit to drug testing shall be, and hereby is, Vacated.

_____
RICHARD W ROBERTS
United States District Judge

Copies to:

Glenn Leon, Esquire
Assistant United States Attorney
555 4th Street NW
Washington DC   20530

Joseph Virgilio
1000 Connecticut Avenue NW
No. 1
Suite 613
Washington DC   20036

DC Pretrial Services Agency