## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Action No. 05-307 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **MARY McCLENDON,** | : | **UNDER SEAL** |
| **also known as Nooney,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the unopposed motion of the United States of America, and for the reasons set forth in the joint status report, it is hereby:

### ORDERED

That counsel shall submit a joint written status report under seal on or before May 21, 2007, indicating whether the case is ready to proceed to sentencing. If it is, the report shall suggest three alternative sentencing dates on or after July 30, 2007, upon which counsel have agreed. If the case is not ready for sentencing, the report shall recommend a date for submission of a new joint status report.

SIGNED this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
United States District Judge