UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | | Criminal Nº 05-307 (RWR) |
| *v* | * | <u>UNDER SEAL</u> |
| **MARY McCLENDON** | * | |

### NOTICE OF FILING

Will the Clerk of the Court please note that effective April 1, 2007 counsel's new address to which all correspondence in the above-captioned case should be sent will be

**Joseph Virgilio, Esquire**
**1629 K Street NW**
**Suite 300**
**Washington   DC   20006**

Please note also that counsel's phone number and fax number remain the same, 202.686.6914.

Respectfully submitted,

*Joseph Virgilio*

_____
Joseph Virgilio (Bar Nº 237370)
1000 Connecticut Avenue  NW
Nº 1
Suite 613
Washington   DC   20036-5313
202.686.6914
ATTORNEY FOR MARY MCCLENDON
(Appointed by the Court)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed, first class postage prepaid, a copy of the foregoing *Notice of Change of Address* to Ann Petalas, Esquire, Assistant United Stated Attorney, 555 4th Street NW, Washington DC 20530, on March 30, 2007.

*Joseph Virgilio*

_____
Joseph Virgilio