UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | | Criminal Nº 05-307 (RWR) |
| v | * | UNDER SEAL |
| | | |
| MARY McCLENDON | * | |

### DEFENDANT'S MOTION FOR
### MODIFICATION OF CONDITIONS OF RELEASE

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure and 18 USC § 3145(a)(2), respectfully requests that this honorable court review the defendant's conditions of release imposed on October 4, 2006 Order (*nunc pro tunc* to September 7, 2006) and modify them to lift and vacate the 10:00 *pm* to 6:00 *am* curfew currently in place.

Since her release in this case on August 19, 2005 , Ms McClendon has always been in full compliance with the conditions of her release and has reported diligently for the past 22 months. All her drug tests during the past 22 months of her release have been negative.

**WHEREFORE,** for the foregoing reasons, and any others that may appear to the court, Ms McClendon respectfully requests that the Court grant this motion and modify her current conditions of release by vacating the requirement that she abide by a curfew.

Respectfully submitted,

_____
Joseph Virgilio (Bar Nº 237370)
1629 K Street NW
Suite 300
Washington  DC   20006-1631
202.686.6914
ATTORNEY FOR MARY MCCLENDON
(Appointed by the Court)

## CERTIFICATE OF SERVICE

I CERTIFY that I mailed, first-class postage prepaid, a copy of the foregoing *Defendant's Motion for Modification of Conditions of Release* in the case of *United States v Mary McClendon*, Criminal Case № 05-307 (RWR), to Glenn Leon, Assistant United States Attorney, 555 4th Street NW, Washington DC 20530 on Friday, June 29, 2007.

_____
Joseph Virgilio