UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Action No.  05-307  (RWR) |
| | : | |
| v. | : | |
| | : | |
| **MARY McCLENDON,** | : | **UNDER SEAL** |
|     also known as Nooney, | : | |
| | : | |
|     **Defendant.** | : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE GOVERNMENT'S UNOPPOSED MOTION TO POSTPONE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to grant it leave to file the attached unopposed motion to postpone sentencing and joint status report in the above-captioned matter.  In support of this motion, the government represents as follows:

1.  The Government previously filed an unopposed motion to postpone sentencing and a joint status report in this matter, requesting that the parties be allowed to submit another joint status report by May 21, 2007.  The Government inadvertently failed to file the motion and joint status report on that date.  Therefore, undersigned counsel requests leave to file the attached unopposed motion and joint status report.

2.  The motion is unopposed, and provides no new information or legal issues.  Therefore, the defendant would not be prejudiced by granting the Government's motion for leave to file.

3.  Government counsel has informed defense counsel, Joseph Virgilio, of this motion, and he stated that he does not oppose this motion.

WHEREFORE, the government respectfully requests that the Court grant its Motion for Leave to File Government's Unopposed Motion to Postpone Sentencing and Joint Status Report.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

_____
ANN H. PETALAS
Assistant United States Attorney
TX Bar No. 24012852
555 Fourth Street, N.W., Room 4211
Washington, DC  20530
(202) 307-0476

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion To Postpone Sentencing has been served, by fax and mail, upon Joseph Virgilio, Esquire, Counsel for Defendant Mary McClendon, 1000 Connecticut Avenue NW, No. 1, Suite 613, Washington, D.C.  20036, on this 29th day of August, 2007.

_____
ANN H. PETALAS
Assistant United States Attorney