# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-307 (RWR) |
| | : | |
| v. | : | |
| | : | |
| MARY McCLENDON, | : | **UNDER SEAL** |
|     also known as Nooney, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon the Court's review of the Government's Motion for Leave to File Government's Unopposed Motion to Postpone Sentencing and Joint Status Report, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Unopposed Motion to Postpone Sentencing and Joint Status Report may be filed by August 31, 2007.

Date: _____

```
                              RICHARD W. ROBERTS
                              United States District Judge
```