UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-307 (RWR) |
| v. | : | |
| MARY McCLENDON,<br>    also known as Nooney, | : | UNDER SEAL |
| Defendant. | : | |

**FILED**
SEP 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon the Court's review of the Government's Motion for Leave to File Government's Unopposed Motion to Postpone Sentencing and Joint Status Report, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Unopposed Motion to Postpone Sentencing and Joint Status Report may be filed by August 31, 2007.

Date: 9/5/07

RICHARD W. ROBERTS
United States District Judge

3