UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Action No. 05-307 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **MARY McCLENDON,** | : | <u>UNDER SEAL</u> |
| also known as Nooney, | : | |
| | : | |
| Defendant. | : | |

### <u>UNOPPOSED MOTION TO POSTPONE SENTENCING</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue sentencing in the above captioned case for the reasons set forth in the attached status report. The government further requests that the parties be allowed to submit a joint written status report under seal on or before November 30, 2007, indicating whether or not the case is ready to proceed to sentencing.

WHEREFORE, the United States respectfully requests that the instant motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
DC Bar No. 498-610

_____
ANN H. PETALAS
Assistant United States Attorney
TX Bar No. 24012852
555 Fourth Street, N.W.
Room 4211
Washington, DC  20530
(202) 307-0476

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Motion To Postpone Sentencing has been served, by fax and mail, upon Joseph Virgilio, Esquire, Counsel for Defendant Mary McClendon, 1000 Connecticut Avenue NW, No. 1, Suite 613, Washington, D.C. 20036, on this 29th day of August, 2007.

 

_____
ANN H. PETALAS
Assistant United States Attorney