# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal Action No.  05-307  (RWR)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **MARY McCLENDON,** | **:** | **UNDER SEAL** |
| **also known as Nooney,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## JOINT WRITTEN STATUS REPORT

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and Joseph Virgilio, Esquire, attorney for defendant Mary McClendon, inform the Court that the defendant in the above captioned matter is now ready for sentencing. Defendant was released on August 19, 2005, and placed into the Community Supervision Phase of the High Intensity Supervision Program under the auspices of the District of Columbia Pretrial Services Agency. Defendant remained in full compliance, and she was allowed to discontinue reporting for drug-testing. Defendant is in full compliance with her conditions of release and reports weekly to Agent Robert Lockhart. The parties are available for sentencing on February 19, 2008, February 20, 2008, and February 22, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

_____
ANN H. PETALAS
Assistant United States Attorney
TX Bar No. 24012852
555 4th Street, N.W., Room 4211
Washington, DC 20530
(202) 307-0476

_____

JOSEPH VIRGILIO, ESQUIRE
Attorney for Mary McClendon
D.C. Bar No.  237370
1000 Connecticut Avenue NW
No 1, Suite 613
Washington, DC 20036
(202) 463-0662