UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-307 (RWR) |
| | : | |
| v. | : | |
| | : | |
| MARY McCLENDON, | : | UNDER SEAL |
| also known as Nooney, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO SCHEDULE SENTENCING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court set a sentencing date in the above captioned case. The parties are available for sentencing on February 19, 2008, February 20, 2008, and February 22, 2008.

WHEREFORE, the United States respectfully requests that the instant motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
DC Bar No. 498-610

_____

ANN H. PETALAS
Assistant United States Attorney
TX Bar No. 24012852
555 Fourth Street, N.W.
Room 4211
Washington, DC 20530
(202) 307-0476
Ann.Petalas@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion To Schedule Sentencing has been served, by fax and mail, upon Joseph Virgilio, Esquire, Counsel for Defendant Mary McClendon, 1000 Connecticut Avenue NW, No. 1, Suite 613, Washington, D.C. 20036, on this 30th day of November, 2007.

_____
ANN H. PETALAS
Assistant United States Attorney