UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-307 (RWR) |
| v. | : | |
| MARY McCLENDON,<br>    also known as Nooney, | : | UNDER SEAL |
| Defendant. | : | |

### ORDER

Upon consideration of the joint motion of the United States of America, and for the reasons set forth in the joint status report, it is hereby:

### ORDERED

That a Presentence Investigation Report be ordered and that sentencing be scheduled in this matter for _____.

SIGNED this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
United States District Judge