UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 05-307 (RWR) |
| | : | |
| v. | : | |
| | : | |
| MARY McCLENDON, | : | UNDER SEAL |
| also known as Nooney, | : | |
| | : | |
| Defendant. | : | |

**FILED**
JAN 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the joint motion of the United States of America, and for the reasons set forth in the joint status report, it is hereby:

### ORDERED

That a Presentence Investigation Report be ordered and that sentencing be scheduled in this matter for _April 17, 2008 at 10:00 a.m. All sentencing memoranda and motions are due by April 10, 2008_

SIGNED this _11th_ day of _January_, 2008.

_____
RICHARD W. ROBERTS
United States District Judge