HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 7 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-307</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| McClendon, Mary | : | Disclosure Date: <u>March 14, 2008</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      _____
**Prosecuting Attorney**                     **Date**
#### For the Defendant
(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

X _Mary McClendon_ 3-19-08      _/NGL_ 3.19.08
**Defendant**         **Date**         **Defense Counsel**       **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 28, 2008**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
       United States Probation Officer

*United States v Mary McClendon*                                                   **Page 2**
Criminal Case № 05-307-01 (RWR)
RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT
March 19, 2008

      Ms McClendon submits the following correction to an error in the *Presentence Investigation Report* prepared on March 14, 2008:

Page 9, ¶ 43:    Defendant does not dispute that the sweatpatch drug test may have exhibited a positive result for cocaine metabolite. However, defendant asserts that the result is inconsistent with the fact that she has not used cocaine during her release.

Page 13, ¶ 72 & 73:    The denial of federal benefits does not apply to defendant. Under the provision of 21 USC § 862(e), "[t]he penalties provided by this section shall not apply to any individual who cooperates or testifies with the Government in the prosecution of a Federal or State offense . . . ." (*See also, United States Sentencing Guidelines* § 5F1.6, "Commentary.") Ms McClendon pleaded guilty in accordance with a cooperation plea agreement with the Government and served as a witness in the case of *United States v Ball,* Criminal Case № 05-100 (RWR).

Joseph Virgilio, Esquire
(Bar № 237370)
1629 K Street NW
Suite 300
Washington DC 20006
(202) 686-6914
ATTORNEY FOR MARY MCCLENDON
(Appointed by the Court)

March 19, 2008